## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CHANNARY M. PRAK, )<br> )<br>        **Plaintiff** )<br>  v. )<br> )<br>BONNEY STAFFING AND TRAINING )<br>CENTER, et al, )<br> )<br>        **Defendants** ) | Civil No.   07-61-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Amended Recommended Decision (Docket No. 7) filed April 18, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the complaint is summarily dismissed as to Defendants Husson College and the Maine Human Rights Commission pursuant to 28 U.S.C. § 1915(e)(2)(B

                                              /s/ George Z. Singal
                                            Chief United States District Judge

Dated:  May 9, 2007