UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| CHANNARY PRAK )<br>)<br>)<br>v. )<br>)<br>BONNEY STAFFING AND TRAINING )<br>CENTER, et al, )<br>)<br>    **Defendants** )<br>) | **Civil No. 07-61-P-S** |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on May 31, 2007, her Recommended Decision (Docket No. 27). Plaintiff Channary Prak filed her Objection to the Recommended Decision (Docket No. 33) on June 6, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 34) on June 8, 2007. The Plaintiff filed an additional Reply to Defendant's Response to her Objection to the Recommended Decision (Docket No. 41) on June 15, 2007.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Motion to Dismiss filed by Fairchild Semiconductor Corporation is hereby **GRANTED.**

/s/George Z. Singal  
Chief U.S. District Judge

Dated: June 15, 2007