UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| CHANNARY PRAK ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 07-61-P-S |
| BONNEY STAFFING AND TRAINING ) | |
| CENTER, et al, ) | |
| ) | |
| Defendants ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 31, 2007, her Recommended Decision (Docket No. 26). Plaintiff Channary Prak filed her Objection to the Recommended Decision (Docket No. 32) on June 6, 2007. The Defendant filed its response to Plaintiff's Objection (Docket No. 36) on June 8, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Motion to Dismiss filed by Portland Pipe Line Corporation is hereby **GRANTED IN PART** to dismiss so much of the complaint as attempts to allege an employment discrimination claim under Title VII and so much of the complaint as seeks compensatory and/or punitive damages or attorney fees under the Maine Human Rights Act.

      /s/George Z. Singal
      Chief U.S. District Judge

Dated: June 15, 2007