UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CHANNARY PRAK,**

      **Plaintiff,**

**v.**                                                                  **\*\*Civil No. 07-61-P-S**

**BONNEY STAFFING AND TRAINING
CENTER, et al,**

      **Defendants**

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 18, 2007, her Recommended Decision (Docket No. 44). Plaintiff filed her Objection to the Recommended Decision (Docket No. 48) on June 25, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	The Motion to Dismiss filed by Defendant Bonney Staffing and Training Center (Docket No. 16) is hereby **GRANTED**.

/s/George Z. Singal
George Z. Singal
Chief U.S. District Judge

Dated: July 10, 2007