UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CHANNARY PRAK,

      Plaintiff,

v.                                                          **Civil No. 07-61-P-S

BONNEY STAFFING AND TRAINING
CENTER, et al,

      Defendants

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 6, 2007, her Recommended Decision (Docket No. 49). Plaintiff filed her Objection to the Recommended Decision (Docket No. 52) on June 16, 2007. A Supplemental Recommended Decision was also filed on July 17, 2007 (Docket No. 53). Plaintiff filed her Objection to the Supplemental Recommended Decision (Docket No. 54) on July 23, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision and Supplemental Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and Supplemental Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision and the Supplemental Recommended Decision of the Magistrate Judge are hereby **AFFIRMED**.

2. The Motion to Dismiss filed by Defendant Accountemps Agency (Docket No. 30) is hereby **GRANTED**.

/s/George Z. Singal  
George Z. Singal  
Chief U.S. District Judge

Dated: August 15, 2007